PROBATION FORM NO 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 2 4 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                                    Crim. No. 98CR00056-001-PCT-RGS

TIMOTHY HOWE

On 10/14/98 the above named was placed on probation for a period of three years. He/she has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that he/she be discharged from probation.

Respectfully submitted,

*Elizabeth P. Simons*
ELIZABETH P. SIMONS
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 22nd day of MAY, 2001.

The Honorable Roger G. Strand
United States District Judge